UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
DUDLEY STEWART, Individually and as Parent
and Natural Guardian of S.S. and R.S.; TAMMY
ROSE and EDUARDO VALENTIN, Individually         :   Case No. 17-cv-03060
and as Representatives of a Class of Similarly  :   (RJD)(VMS)
Situated Individuals and Property Owners, and
VINCENT CARIDI and ANTONIO ROLDAN, JR.,
Individually, and as Representatives of Classes of
Similarly Situated Current and Former Employees :   STIPULATION OF
and Members of the Metropolitan Transportation  :   VOLUNTARY DISMISSAL
Authority, the New York City Transit Authority and :  WITH PREJUDICE
the Transport Workers Union, Local 100,         :   PURSUANT TO FEDERAL
                                                :   RULE OF CIVIL
                    Plaintiffs,                 :   PROCEDURE 41(a)(1)(A)(ii)

-against-

THE METROPOLITAN TRANSPORTATION
AUTHORITY, and NEW YORK CITY TRANSIT
AUTHORITY,

                    Defendants.
------------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED that the above-captioned action is voluntarily dismissed, with prejudice, as to all claims by all Plaintiffs against all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party bearing their own fees and costs incurred in this matter.

Dated: August 24, 2021

PHILIPS & PAOLICELLI, LLP

By: _____
Daniel J. Woodard
*Attorneys for Plaintiffs*

BRYAN CAVE LEIGHTON PAISNER LLP

By: _____
Philip E. Karmel
Jessica Fischweicher
Matias Gallego-Manzano

*Attorneys for Defendants*