Clerk's Office
File Date:8/30/2021
U.S. DISTRICT
COURT-EDNY
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

DUDLEY STEWART, Individually and as Parent and Natural Guardian of S.S. and R.S.; TAMMY ROSE and EDUARDO VALENTIN, Individually and as Representatives of a Class of Similarly Situated Individuals and Property Owners, and VINCENT CARIDI and ANTONIO ROLDAN, JR., Individually, and as Representatives of Classes of Similarly Situated Current and Former Employees and Members of the Metropolitan Transportation Authority, the New York City Transit Authority and the Transport Workers Union, Local 100,

                              Plaintiffs,

-against-

THE METROPOLITAN TRANSPORTATION AUTHORITY, and NEW YORK CITY TRANSIT AUTHORITY,

                              Defendants.

----------------------------------------------------------------x

Case No. 17-cv-03060 (RJD)(VMS)

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED that the above-captioned action is voluntarily dismissed, with prejudice, as to all claims by all Plaintiffs against all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party bearing their own fees and costs incurred in this matter.

Dated: August 24, 2021

PHILIPS & PAOLICELLI, LLP

By: _____
Daniel J. Woodard

*Attorneys for Plaintiffs*

BRYAN CAVE LEIGHTON PAISNER LLP

By: _____
Philip E. Karmel
Jessica Fischweicher
Matias Gallego-Manzano

*Attorneys for Defendants*

The Clerk of the Court is directed
to close this case.
So Ordered
8/26/2021
      /s/ Raymond J Dearie